DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JANARD ORANGE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2098

[October 25, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. 09-008042 CF 10B.

Rachel A. Canfield, Miami, and Hassia T. Diolombi of Shook, Hardy & Bacon L.L.P., Miami, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, Mark J. Hamel and Jonathan P. Picard, Assistant Attorneys General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***